# IN THE SUPREME COURT OF THE STATE OF NEVADA

COREY JOHNSON,
 Appellant,
 vs.
CALVIN JOHNSON, WARDEN; AND
HIGH DESERT STATE PRISON,
 Respondents.

No. 82317

FILED

FEB 02 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
 DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal.

Appellant filed a notice of appeal on January 6, 2021. The notice of appeal fails to identify any decisions of the district court. *See* NRAP 3(c)(1)(B). To the extent that appellant's appeal is in regard to the postconviction petition for a writ of habeas corpus filed in district court on November 17, 2020, no decision had been made on the petition when appellant filed the notice of appeal. Further, it does not appear from the district court docket and minute entries that the district court has entered any appealable order. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
 Cadish

_____, J.
 Pickering

_____, J.
 Herndon

SUPREME COURT
OF
NEVADA

(O) 1947A

21-03172

cc: Chief Judge, Eighth Judicial District Court
Eighth Judicial District Court, Department 24
Corey Johnson
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk